# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **DriveTime Car Sales Company, LLC,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:17-cv-371 |
| | ) | |
| v. | ) | Judge George C. Smith |
| | ) | |
| **Bryan Pettigrew,** *et al.*, | ) | Magistrate Judge Chelsey Vascura |
| | ) | |
| Defendants. | ) | |

## ORDER

Defendant Pauley Motor Car Co. Preowned Vehicles, LLC ("Pauley Motor") has moved for leave to file under seal transcripts of the depositions of Keith Sarchett and Mitchell Tyler because they contain information designated as "confidential" under the parties' stipulated protective order. For good cause shown, the motion is **GRANTED**. Pauley Motor shall file unredacted versions of the transcripts under seal and also publicly file versions with the confidential information redacted.

*/s/ Chelsey M. Vascura*
UNITED STATES MAGISTRATE JUDGE
Chelsey M. Vascura